UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LEE ANDREW CAIN, | ) | 1:06-CV-1650 OWW SMS HC |
| | ) | |
| Petitioner, | ) | ORDER GRANTING EXTENSION OF TIME |
| | ) | |
| v. | ) | (DOCUMENT #5) |
| | ) | |
| DENNIS SMITH, | ) | |
| | ) | |
| Respondent. | ) | |

Petitioner is a federal prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. Section 2241. On December 28, 2006, respondent filed a motion to extend time to file a motion for reconsideration of the Court's December 20, 2006 order. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted nine (9) days from the date of service of this order in which to file the motion for reconsideration.

IT IS SO ORDERED.

**Dated:   January 9, 2007**          /s/ Sandra M. Snyder
23ehd0                                  UNITED STATES MAGISTRATE JUDGE