IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE ANDREW CAIN, | 1:06-CV-01650-OWW-SMS-HC |
| Petitioner, | ORDER ACKNOWLEDGING PAYMENT OF FILING FEE BY PETITIONER |
| vs. | ORDER VACATING ORDER OF DECEMBER 15, 2006 (Doc. 3) |
| DENNIS SMITH, Warden, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se. On November 16, 2006, petitioner filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254

On December 15, 2006, the court ordered petitioner to submit an application to proceed in forma pauperis or pay the $5.00 filing fee. On December 14, 2006, submitted the $5.00 filing fee for this case. For this reason, the court's order of December 15, 2006, shall be vacated.

Accordingly, IT IS HEREBY ORDERED that :

1. The court acknowledges that petitioner has paid the $5.00 filing fee for this action, and
2. The court's order of December 15, 2006, which ordered petitioner to submit an application to proceed in forma pauperis or pay the $5.00 filing fee, is VACATED in its entirety.

IT IS SO ORDERED.

**Dated:    January 11, 2007**          /s/ Sandra M. Snyder
23ehd0                          UNITED STATES MAGISTRATE JUDGE