UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA



LEE ANDREW CAIN,

vs.

**ORDER RE: CERTIFICATE OF APPEALABILITY**

1:06-CV-1650 OWW/SMS HC

DENNIS SMITH, Warden,

_____/

Judgment having been entered in this matter, any request for a Certificate of Appealability shall be:

_____    Granted for the following reason:

_____

_____

_____

_____

  X      Denied for the following reason:
Relief GRANTED IN MATERIAL PART.

_____

_____

_____

Dated: 3-7-07

_____
OLIVER W. WANGER
United States District Judge