# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE ANDREW CAIN,<br><br>           Petitioner,<br><br>    v.<br><br>DENNIS SMITH, Warden<br><br>           Respondent. | 1:06-CV-01650 OWW SMS HC<br><br>ORDER TO ENTER JUDGMENT AND CLOSE CASE |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On December 20, 2006, this Court granted the petition for writ of habeas corpus. Respondent was ordered to consider the appropriateness of transferring Petitioner to a residential re-entry center ("RRC") in light of the factors set forth in 18 U.S.C. §§ 3621(b), not excluding any other factors deemed appropriate by the BOP, without reference to the BOP policy promulgated in December 2002 and without reference to the BOP's February 14, 2005, amendment to 28 C.F.R. § 570.21. Respondent was directed to make this determination within 14 days of the date of the December 20, 2006, Order (hereinafter "Order").

On January 12, 2007, Respondent filed a motion for stay of the Order. On January 24, 2007, Petitioner filed an opposition to Respondent's motion to stay. The Court granted the motion for stay on February 8, 2007, and ordered Respondent to comply with the order granting the petition prior to

1  July 31, 2007. On June 4, 2007. Respondent filed a verification of compliance and request for entry
2  of judgment. Respondent has submitted a copy of the form "Institutional Referral for CCC
3  Placement" which shows Petitioner was considered for transfer to an RRC on May 17, 2007.
4  According to the form, it was determined that Petitioner would spend between 150-180 days in an
5  RRC.

**ORDER**

Accordingly, IT IS HEREBY ORDERED that the Clerk of Court is DIRECTED to enter judgment and close this case.

IT IS SO ORDERED.

**Dated:   June 13, 2007**               /s/ Oliver W. Wanger
                                      UNITED STATES DISTRICT JUDGE